

TRINITY CENTRE
115 BROADWAY, 17TH FLOOR
NEW YORK, NY 10006
TEL: (212) 566-1000
FAX: (212) 566-1068

August 13, 2014

<u>Via ECF</u>
Honorable Shira A. Scheindlin
United States District Judge
500 Pearl Street
New York, New York 10007

Re: <u>United States v.  Damon Grooms</u>
Ind. # 13 Cr. 242(SAS)

Dear Judge Scheindlin:

     I represent Damon Grooms, who is scheduled for sentencing on Thursday, September 4, 2014.  I am scheduled to leave on a vacation for the last two weeks of August during which time I plan to be out of the State.  Given some expected sentencing issues, I would welcome a bit more time to speak to Mr. Grooms in preparation for the sentencing hearing.  Therefore, I would respectfully request that the Court adjourn Mr. Grooms' sentencing to either September 22, 25, 29 or 30th. I have spoken to AUSA Jared Lenow and has no objection to my request.

     Thank you for your consideration.

Very Truly Yours,

SULLIVAN & BRILL, LLP

By: Steven Brill