USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/13/14

SULLIVAN
ATTORNEYS AT

August 13, 2014

*The September 4, 2014 sentencing is adjourned and rescheduled for September 22, 2014 at 4:00 pm.*

*SO ORDERED*

*Shira A. Scheindlin, USDJ*
*8/13/14*

Via ECF
Honorable Shira A. Scheindlin
United States District Judge
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Damon Grooms</u>
Ind. # 13 Cr. 242(SAS)

Dear Judge Scheindlin:

I represent Damon Grooms, who is scheduled for sentencing on Thursday, September 4, 2014. I am scheduled to leave on a vacation for the last two weeks of August during which time I plan to be out of the State. Given some expected sentencing issues, I would welcome a bit more time to speak to Mr. Grooms in preparation for the sentencing hearing. Therefore, I would respectfully request that the Court adjourn Mr. Grooms' sentencing to either September 22, 25, 29 or 30th. I have spoken to AUSA Jared Lenow and has no objection to my request.

Thank you for your consideration.

Very Truly Yours,

SULLIVAN & BRILL, LLP

By: Steven Brill